# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S C app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>MCNAMEE, STEPHEN M. | 2. Court or Organization<br><br>U.S. DISTRICT COURT OF AZ | 3. Date of Report<br><br>08/05/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.DISTRICT JUDGE SENIOR STATUS-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address<br><br>SANDRA DAY O'CONNOR US COURTHS<br>401 W WASHINGTON ST, SPC 60<br>PHOENIX, AZ 85003-2158 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PRESIDENT | DISTRICT JUDGES ASSOCIATION, 9TH CIRCUIT COURT |
| 2. UNIVERSITY OF CINCINNATI ALUMNI ASSOCIATION | BOARD MEMBER |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 AUG -7 A 10: 31 FINANCIAL DISCLOSURE OFFICE

McNamee, Stephen M

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/05/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | STATE OF ARIZONA, 2007 INCOME TAX REFUND | $4,117.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | ST LUKES HEALTH INITIATIV - SALARY |
| 2. 2008 | HEALTH CARE EXCEL - BOARD MEMBER |
| 3 2008 | HCE QUALITYQUEST - BOARD MEMBER |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/05/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. UNIVERSITY OF ARIZONA | MLB BASEBALL TICKETS | $400.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/05/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA,US BANK, PHOENIX, AZ-CD | A | Interest | J | T | | | | | |
| 2. IRA,US BANK, PHOENIX, AZ-CD | A | Interest | J | T | | | | | |
| 3. MERRILL LYNCH-IRA #1: | | | | | | | | | |
| 4. - ML BANK USA | A | Dividend | J | T | | | | | |
| 5. - MFS VALUE FD CL A | A | Dividend | | | Sold | 12/24 | K | A | |
| 6. -CD MORGAN STANLEY | | None | J | T | Buy | 12/24 | J | | |
| 7. -AMERICAN CAPITAL WORLD BOND FUND CL F | | None | J | T | Buy | 12/24 | J | | |
| 8. -AMERICAN HIGH INCOME TRUST CL F | | None | J | T | Buy | 12/24 | J | | |
| 9. -ISHARES IBOXX CORP BOND FUND | | None | J | T | Buy | 12/24 | J | | |
| 10. -ISHARES BARCLAYS AGENCY BOND FUND | | None | J | T | Buy | 12/24 | J | | |
| 11. MERRILL LYNCH-IRA #2: | | | | | | | | | |
| 12. - ML BANK USA | A | Dividend | J | T | | | | | |
| 13. - PIMCO COMMODITY REAL RETURN STRAT FD CL A | B | Dividend | | | Sold | 12/26 | J | A | |
| 14. - MLJWH STRATEGY ALLOCATION FD LP | | None | | | Sold | 4/9 | J | A | |
| 15. -CURRNCEYSHARES JAPANESE | | None | J | T | Buy | 12/26 | J | | |
| 16. -POWERSHARES FTSE RAFI UTILITY P RFU | | None | J | T | Buy | 12/26 | J | | |
| 17. -POWERSHARES FTSE RAFI CONSUM PRFS | | None | J | T | Buy | 12/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -POWERSHARES FTSE RAFI INDUST PRFN | | None | J | T | Buy | 12/26 | J | | |
| 19. -POWERSHARES FTSE RAFI CON GO PRFG | | None | J | T | Buy | 12/26 | J | | |
| 20. -POWERSHARES FTSE RAFI ENRGY PRFE | | None | J | T | Buy | 12/26 | J | | |
| 21. -POWERSHARES FTSE RAFI HEALTH PRFH | | None | J | T | Buy | 12/26 | J | | |
| 22. -POWERSHARES FTSE RAFI TE PRFQ | | None | J | T | Buy | 12/26 | J | | |
| 23. -VANGUARD LARGE CAP ETF | | None | J | T | Buy | 12/26 | J | | |
| 24. -VANGUARD GROWTH ETF | | None | J | T | Buy | 12/26 | J | | |
| 25. -VANGUARD PACIFIC ETF | | None | J | T | Buy | 12/26 | J | | |
| 26. -VANGUARD MEGA CAP 300 | | None | J | T | Buy | 12/26 | J | | |
| 27. -WISDOMTREE INTL COMM | | None | J | T | Buy | 12/26 | J | | |
| 28. -WISDOMTREE INTL CON N-CY | | None | J | T | Buy | 12/26 | J | | |
| 29. -WISDOMTREE INTL UTL | | None | J | T | Buy | 12/26 | J | | |
| 30. -WISDOMTREE INTL H/C | | None | J | T | Buy | 12/26 | J | | |
| 31. -RYDEX STRENGHENING | | None | J | T | Buy | 12/26 | J | | |
| 32. MERRILL LYNCH-IRRA #1. | | | | | | | | | |
| 33. - ML BANK USA | A | Dividend | K | T | | | | | |
| 34. - AMERICAN EURO PACIFIC | C | Dividend | | | Sold | 12/30 | K | A | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - DAVIS NEW YORK VENTURE FD CL Y | B | Dividend | J | T | Sold (part) | 12/26 | L | A | |
| 36. - FRANKLIN BIOTECH DISCOVERY FD CL A | | None | J | T | Sold (part) | 12/26 | J | A | |
| 37. - LORD ABBETT MID CAP | B | Dividend - | | | Sold | 12/30 | J | A | |
| 38. - MFS VALUE FD CL A | A | Dividend | J | T | Sold (part) | 12/26 | K | A | |
| 39. -DB COMMODITY INDEX TRACKING FD | | None | | | Sold | 12/24 | J | A | |
| 40. -ISHARES S&P 500 GROWTH INDX FND | | None | | | Sold | 12/24 | J | A | |
| 41. -VANGUARD FTSE ALL WORLD EX US | | None | | | Sold | 12/26 | J | A | |
| 42. -CD FIRST NATL BK | | None | J | T | Buy | 12/31 | J | | |
| 43. -CD WACHOVIA BANK FSB | | None | J | T | Buy | 12/31 | J | | |
| 44. -CD COWLITZ BK | | None | J | T | Buy | 12/31 | J | | |
| 45. -EATON VANCE FLOATING | | None | J | T | Buy | 12/31 | J | | |
| 46 -CD BLOOMFIELD STATE BANK | | None | J | T | Buy | 12/30 | J | | |
| 47. -ISHARES IBOXX | | None | J | T | Buy | 12/30 | J | | |
| 48. -ISHARES BARCLAYS AGENCY | | None | J | T | Buy | 12/30 | J | | |
| 49. -PIMCO FOREIGN BOND | | None | J | T | Buy | 12/30 | J | | |
| 50. -SPDR GOLD TRUST | | None | J | T | Buy | 12/24 | J | | |
| 51 CMA BANKING ADVANTAGE ACCOUNT (FORMERLY CKG ACCT) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div , rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. ML-CMA, ML-BANKING ADVANTAGE ACCOUNT (UTMA) (Y) | - | | | | | | | | |
| 53. IBM COMMON STOCK | A | Dividend | J | T | | | | | |
| 54. INTERNATIONAL RECTIFIER COM MON STOCK | | None | J | T | | | | | |
| 55. WELLS FARGO BANK, CKG ACCOUNT, PHX, AZ | | None | J | T | | | | | |
| 56. FAIRFIELD ESTATES FLAGSTAFF | | None | J | W | | | | | |
| 57. MARRIOT CANYON VILLAS PHOENIX | | None | J | W | | | | | |
| 58. ST LUKES HEALTH 403(B)7: | | | | | | | | | |
| 59. - VANGUARD 500 INDEX FD | B | Dividend | M | T | Participant | 01/01 | K | | |
| 60. ML-RIRA, ML BANK USA (Y) | | | | | | | | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/05/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII LINES 58 & 59 - VESTED PARTICIPANT 01/01 ST. LUKES 403(B) PLAN W/ REGULAR MONTHLY CONTRIBUTIONS

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/05/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544